DERICK E. KONZ, SB No. 286902
  Email: dkonz@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263
Attorneys for Defendants


**Kevin W. Harris SBN 133084**
Attorney at Law
2 1387 Garden Hwy., Ste. 200
Sacramento, CA 95833
3 Tel.: (916)271-0688
Fax: (855) 800-4454
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JENNIFER ANN UPTON, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> COUNTY OF EL DORADO, et al. ) <br> ) <br> Defendants. ) <br> ) | Case No.: 2:19-CV-01972-JAM-DB <br><br> **STIPULATION AND ORDER TO MODIFY THE COURT'S PRETRIAL SCHEDULING ORDER** |

The parties, by and through their respective counsel of record and subject to the approval of this Court, hereby stipulate and respectfully request to modify and extend by three (3) months the below deadlines set forth in this Court's Pre-trial Scheduling Order dated June 15, 2021. See ECF No. 20.

On June 15, 2021, the Court modified the original Pre-trial Scheduling Order due to unforeseen delays in scheduling depositions as the result of COVID-19 infections and the military deployment of a percipient witness (Deputy Hamon). After the modification, the parties scheduled

depositions of several El Dorado County personnel and the plaintiffs to occur in August 2022. However, on August 14, 2021, the Caldor fire ignited, which required emergency assistance from the El Dorado County personnel and required emergency action from the Plaintiffs who live in El Dorado County.  As a result, all depositions were cancelled with an agreement that they would be reset as soon as practical.  The fire was fully contained on or about October 21, 2021, and the parties began coordination of the depositions.  After several weeks of coordinating the schedules of the El Dorado County personnel and the Plaintiffs, the parties have agreed on, and confirmed, depositions to occur in January and February 2022.  Under the current Pre-trial Scheduling Order, discovery remains open until March 11, 2022; however, the expert disclosure deadline is January 10, 2022. The parties wish to retain experts who will need to review the deposition testimony prior to drafting their reports, which will not be possible under the current Pre-trial Scheduling Order.

        Good cause appearing, the parties hereby request the following modification of the Pre-trial Scheduling Order:

| Event | Current Deadline | Proposed New Deadline |
|---|---|---|
| Expert Disclosure | January 10, 2022 | April 11, 2022 |
| Supplemental Expert Disclosure | February 7, 2022 | May 9, 2022 |
| Joint Mid Litigation Statement | February 25, 2022 | May 27, 2022 |
| Discovery Cut-Off | March 11, 2022 | June 10, 2022 |
| Dispositive Motion Filing Date | April 19, 2022 | July 19, 2022 |
| Dispositive Motion Hearing Date | June 7, 2022 | September 13 or 20, 2022 |
| Final Pre Trial Conference | July 22, 2022 | February 10, 2023 |
| Trial[1] | September 12, 2022 | February 13, 2023 |

---

[1] Plaintiff's counsel is not available for trial in October 2022, November 2022, or January 2023 due to other trials. Defendants' counsel is not available for trial in December 2022 due to travel plans.

1 | Dated: December 13, 2021

2
3 | By: */s/ Kevin W. Harris*
   | _____
4 | KEVIN W. HARRIS
   | Attorney for Plaintiff

7 | Dated: December 13, 2021                ANGELO, KILDAY & KILDUFF, LLP

8 |                                         */s/ Derick E. Konz*
9 | By: _____
   | DERICK E. KONZ
10 | Attorneys for Defendants

**ORDER**

Good cause having been shown, the Court hereby modifies the Pre-trial Scheduling Order as follows:

| Event | New Deadline |
|---|---|
| Expert Disclosure | April 11, 2022 |
| Supplemental Expert Disclosure | May 9, 2022 |
| Joint Mid Litigation Statement | May 27, 2022 |
| Discovery Cut-Off | June 10, 2022 |
| Dispositive Motion Filing Date | July 19, 2022 |
| Dispositive Motion Hearing Date | September 13, 2022 at 1:30 PM |
| Final Pre Trial Conference | December 16, 2022 at 10:00 AM |
| Trial | February 13, 2023 at 9:00 AM |

DATED: December 13, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE