DERICK E. KONZ, SB No. 286902
  Email: dkonz@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263
Attorneys for Defendants

**Kevin W. Harris S.B.# 133084**
Attorney at Law
Kevinwanyeharris@yahoo.com
1387 Garden Hwy., Ste. 200
Sacramento, CA 95833
Telephone: (916) 271-0688
Facsimile: (855) 800-4454

Attorneys for Jennifer Ann Upton

**THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Jennifer Ann Upton;<br><br>              Plaintiff,<br><br>       vs.<br><br>County of El Dorado; El Dorado County Deputy Sheriff's Office; Sheriff John D'Agostini, in his official capacity; El Dorado County Deputy Sheriff Jack Kerruish; El Dorado County Deputy Evan Richardson, and Does 1-40, inclusive.<br><br>              Defendants. | Case No.: 2:19-CV-01972-JAM-DB<br><br>**STIPULATION AND ORDER TO MODIFY THE COURT'S PRETRIAL SCHEDULING ORDER** |

The parties, by and through their respective counsel of record and subject to the approval of this Court, hereby stipulate and respectfully request to modify and extend by two (2) months the below deadlines set forth in this Court's Pre-trial Scheduling Order dated December 14, 2021. See ECF No. 23.

-1-

Upton v. County of El Dorado, et al                                    Joint Stipulation and Order
Case No. 2:19-cv-1972 JAM-DB                                                        April 7, 2022

On June 15, 2021, the Court modified the original Pre-trial Scheduling Order due to unforeseen delays in scheduling depositions as the result of COVID-19 infections and the military deployment of a percipient witness (Deputy Hamon). After the modification, the parties scheduled depositions of several El Dorado County personnel and the plaintiffs to occur in August 2022. However, on August 14, 2021, the Caldor fire ignited, which required emergency assistance from the El Dorado County personnel and required emergency action from the Plaintiffs who live in El Dorado County. As a result, all depositions were cancelled with an agreement that they would be reset as soon as practical. The fire was fully contained on or about October 21, 2021, and the parties began coordination of the depositions.

The parties diligently set depositions and took the depositions of the following witnesses: El Dorado County Sgt. Prencipe; 2) El Dorado County Deputy Sheriff Thomsen; 3) El Dorado County Deputy Sheriff Hamon; 4) El Dorado County Deputy Sheriff Jenks; 5) Plaintiff Jennifer Upton; 6) Chuck Upton; and 7) Trey Upton. However, due to scheduling problems with the calendars of witnesses and the attorneys, the Depositions of the individual defendants, El Dorado County Deputy Sheriff Jack Kerruish and El Dorado County Deputy Sheriff Evan Richardson are currently set for April 21, 2022, and May 9, 2022.

Under the current Pre-trial Scheduling Order, discovery remains open until June 10, 2022; however, the expert disclosure deadline is April 11, 2022. The parties wish to retain experts who will need to review the deposition testimony prior to drafting their reports, which will not be possible under the current Pre-trial Scheduling Order.

Good cause appearing, the parties hereby request the following modification of the Pre-trial Scheduling Order:

| Event | Current Deadline | Proposed New Deadline |
|---|---|---|
| Expert Disclosure | April 11, 2022 | June 8, 2022 |
| Supplemental Expert Disclosure | May 9, 2022 | June 22, 2022 |
| Joint Mid Litigation Statement | May 27, 2022 | Fourteen (14) days prior to Discovery Cut-Off |

| Discovery Cut-Off | June 10, 2022 | August 10, 2022 |
| --- | --- | --- |
| Dispositive Motion Filing Date | July 19, 2022 | September 23, 2022 |
| Dispositive Motion Hearing Date | September 13, 2022 | December 6, 2022 at 1:30 p.m. |
| Final Pre Trial Conference | February 10, 2023 | January 27, 2023 at 10:00 a.m. |
| Trial | February 13, 2023 | March 13, 2023 at 9:00 a.m. |

Dated:  April 8, 2022

        */s/ Kevin W. Harris*
By:_____
   KEVIN W. HARRIS
   Attorney for Plaintiff

Dated:  April 8, 2022                   ANGELO, KILDAY & KILDUFF, LLP

        */s/ Derick E. Konz*
By:_____
   DERICK E. KONZ
   Attorneys for Defendants

**ORDER**

Good cause having been shown, the Court hereby modifies the Pre-trial Scheduling Order as follows:

| Event | New Deadline |
|---|---|
| Expert Disclosure | June 8, 2022 |
| Supplemental Expert Disclosure | June 22, 2022 |
| Joint Mid Litigation Statement | Fourteen (14) days prior to Discovery Cut-Off |
| Discovery Cut-Off | August 10, 2022 |
| Dispositive Motion Filing Date | September 23, 2022 |
| Dispositive Motion Hearing Date | December 6, 2022 at 1:30 p.m. |
| Final Pre Trial Conference | January 27, 2023 at 10:00 a.m. |
| Jury Trial | March 13, 2023 at 9:00 a.m. |

Dated: April 8, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE