KEVIN W. HARRIS, S.B.#133084
Attorney at Law
kevinwayneharris@yahoo.com
1387 Garden Hwy., Ste. 200
Sacramento, CA 95833
Telephone: (916) 271-0688
Facsimile: (855) 800-4454

Attorneys for Jennifer Ann Upton

# THE UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jennifer Ann Upton; <br><br> Plaintiff, <br><br> vs. <br><br> County of El Dorado; El Dorado County Deputy Sheriff's Office; Sheriff John D'Agostini, in his official capacity; El Dorado County Deputy Sheriff Jack Kerruish; El Dorado County Deputy Sheriff Evan Richardson, and Does 1-40, inclusive. <br><br> Defendants. | Case No. 2:19-cv-1972 JAM-DB <br><br> **PLAINTIFF'S MOTION TO EXTEND TIMES FOR EXPERT DISCLOSURE AND DISCOVERY CUTOFF DATES, STIPULATION OF THE PARTIES, AND ORDER TO MODIFY THE COURT'S PRETRIAL SCHEDULING ORDER** |

     PLAINTIFF JENNIFER UPTON, by and through her counsel of record and subject to the approval of this Court, hereby moves to modify and extend by 30 days the below deadlines set forth in this Court's Pre-trial Scheduling Order dated April 8, 2022. This Request is made on the stipulation of the parties as stated below.

Dated: June 6, 2022

                                                                       */s/ Kevin W. Harris*
                                                  By:_____
                                                  KEVIN HARRIS
                                                  Attorney for Plaintiff

    The Parties stipulate as follows:

---

1.     On June 15, 2021, the Court modified the original Pre-trial Scheduling Order due to unforeseen delays in scheduling depositions as the result of COVID-19 infections and the military deployment of a percipient witness (Deputy Hamon). After the modification, the parties scheduled depositions of several El Dorado County personnel and the plaintiffs to occur in August 2022. However, on August 14, 2021, the Caldor fire ignited, which required emergency assistance from the El Dorado County personnel and required emergency action from the Plaintiffs who live in El Dorado County. As a result, all depositions were cancelled with an agreement that they would be reset as soon as practical. The fire was fully contained on or about October 21, 2021, and the parties began coordination of the depositions.

2.     The parties diligently set depositions and took the depsoitions of the following witnesses: 1) El Dorado County Sgt. Prencipe; 2) El Dorado County Deputy Sheriff Thomsen; 3) El Dorado County Deputy Sheriff Jenks; 4) Plaintiff Jennifer Upton; 5) Chuck Upton; and 6) Trey Upton.

3.     After the last stipulation to extend time the following Depositions were taken: 1) El Dorado County Deputy Sheriff Evan Richardson on April 21, 2022; Defendant El Dorado County Deputy Sheriff Jack Kerruish on May 9, 2022.; and El Dorado County Deputy Sheriff Hamon on May 23, 2022. Deputy Hamon was mistakenly indicated in the prior request as having his deposition previously taken, he did not as he is frequently on leave for military deployment and was available on May 23, 2022.

4.     Under the current Pre-trial Scheduling Order, discovery remains open until August 10, 2022; however, the expert disclosure deadline is June 8, 2022. The parties wish to retain experts who will need to review the deposition testimony prior to drafting their reports, which will not be possible under the current Pre-trial Scheduling Order.

5. This stipulation does not affect the dates which the court previously ordered for Dispositive Motion Filing Date, Dispositive Motion Hearing Date, Final Pre-Trial Conference, and the date for the Jury Trial in this matter.

6. Good cause appearing, the parties hereby request the following modification of the Pre-trial Scheduling Order:

| Event | Current Deadline | Proposed New Deadline |
|---|---|---|
| Expert Disclosure | June 8, 2023 | July 8, 2022 |
| Supplemental Expert Disclosure | June 22, 2022 | July 22, 2022 |
| Joint Mid Litigation Statement | | Fourteen (14) days prior to Discovery Cut-Off |
| Discovery Cut-Off | June 10, 2022 | August 10, 2022 |
| Dispositive Motion Filing Date | September 23, 2022 | September 23, 2022 |
| Dispositive Motion Hearing Date | 12/6/2022 at 1:30 | 12/6/2022 at 1:30 PM |
| Final Pre Trial Conference | 1/27/2023 at 10:00 AM | January 27, 2023 at 10:00 AM |
| Trial[1] | 3/13/2023 at 9:00 AM | March 13, 2023 at 9:00 AM |

It is so stipulated:

Dated: June 6, 2022

By: /s/ Kevin W. Harris
KEVIN HARRIS
Attorney for Plaintiff

---

Dated: June 6, 2022

                        ANGELO, KILDAY & KILDUFF, LLP

                        */s/ Derick E. Konz*

By:_____
    DERICK E. KONZ
    Attorneys for Defendants

### ORDER

Good cause having been shown, the Court hereby modifies the Pre-trial Scheduling Order as follows:

| Event | New Deadline |
|---|---|
| Expert Disclosure | July 8, 2022 |
| Supplemental Expert Disclosure | August 22, 2022 |
| Joint Mid Litigation Statement | 14 days prior to close of Discovery |
| Discovery Cut-Off | September 10, 2022 |
| Dispositive Motion Filing Date | September 23, 2022 |
| Dispositive Motion Hearing Date | December 6, 2022 at 1:30 PM |
| Final Pre Trial Conference | January 27, 2023 at 10:00 AM |
| Trial | March 13, 2023 at 9:00 AM |

4

Upton v. County of El Dorado, et al                               Request and Stipulation and Order
Case No. 2:19-cv-1972 JAM-DB                                                    June 6, 2022

DATED: June 7, 2022                     /s/ John A. Mendez
                                        THE HONORABLE JOHN A. MENDEZ
                                        UNITED STATES DISTRICT COURT JUDGE