**KEVIN W. HARRIS, S.B.#133084**
Attorney at Law
kevinwayneharris@yahoo.com
1387 Garden Hwy., Ste. 200
Sacramento, CA 95833
Telephone: (916) 271-0688
Facsimile: (855) 800-4454

Attorneys for Jennifer Ann Upton

**DERICK E. KONZ, SB No. 286902**
   Email: dkonz@akk-law.com
ANGELO, KILDAY & KILDUFF, LLP
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Defendants

# THE UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jennifer Ann Upton;<br><br>   Plaintiff,<br>vs.<br><br>County of El Dorado; El Dorado County Deputy Sheriff's Office; Sheriff John D'Agostini, in his official capacity;  El Dorado County Deputy Sheriff Jack Kerruish; El Dorado County Deputy Sheriff Evan Richardson, and Does 1-40, inclusive.<br><br>   Defendants. | Case No.  2:19-cv-1972 JAM-DB<br><br>STIPULATION AND ORDER TO SHORTEN TIME TO CONSIDER STIPULATION AND STIPULATION  TO EXTEND TIME TO FILE OPPOSITION TO SUMMARY JUDGMENT/ SUMMARY ADJUDICATION MOTION AND TIME TO REPLY TO THE OPPOSITION FOR MOTION FOR SUMMARY JUDGMENT |

   PLEASE TAKE NOTICE that parties hereby stipulate as follows:

   1.   Defendants Kerruish and Richardson filed a motion for Summary Judgment on September 22, 2022, and pursuant to United States District Court for the Eastern District of California Local Rule 230 the Opposition to the Motion for Summary Judgment/Summary Adjudication is due on October 6, 2022.

1

Upton v. County of El Dorado, et al.                                           Stipulation and Order
Case No. 2:19-cv-1972 JAM-DB                                                        March 23, 2022

2. Defendants pursuant to the Court's scheduling order had until September 23, 2022 to file the Summary Judgment Motion/Summary Adjudication and felt compelled to file it. During the meet and confer, Plaintiff's Counsel and Defense Counsel discussed the fact that Plaintiff's Counsel was in the process of preparing an opposition to motion for summary judgment in Sacramento County Superior Court due on September 29, 2022.

3. The instant case has nine depositions of witness and a large amount of exhibits which would need to be reviewed and incorporated into any Opposition to the Motion for Summary Judgment/Summary Adjudication.

4. The hearing date for the instant Motion for Summary Judgment/Summary Adjudication is set for December 6, 2022 at 1:30 p.m..

5. The parties stipulate to allow the court to shorten time to hear this stipulation.

6. The parties stipulate to extend the time for Plaintiff Jennifer Upton to file her Opposition to Defendants Jack Kerruish and Evan Richardson's Motion for Summary Judgment twenty-eight (28) days to November 3, 2022.

It is so stipulated:

Dated: October 3, 2022

        /s/Kevin W. Harris
Kevin W. Harris
Attorney for Plaintiff Jennifer Upton

Dated: October 3, 2022

        /s/ Derick E. Konz
Derick Konz
Attorney for Defendants

2

Upton v. County of El Dorado, et al.                                                    Stipulation and Order
Case No. 2:19-cv-1972 JAM-DB                                                                March 23, 2022

ORDER

Good cause having been shown, the Court hereby grants the stipulation of the parties in the instant case as follows:

1. The Court Shortens time to Hear the Stipulation in the Instant matter.
2. Plaintiff Jennifer Upton's Opposition to Defendants Jack Kerruish and Evan Richardson's Motion for Summary Judgment/Summary Adjudication shall be continued 28 days to November 3, 2022. Defendants' Reply, if any, shall be filed ten (10) days thereafter.

DATED: October 4, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE

3

Upton v. County of El Dorado, et al.                    Stipulation and Order
Case No. 2:19-cv-1972 JAM-DB                             March 23, 2022