BRUCE A. KILDAY, ESQ., SB No. 066415
  Email: bkilday@akk-law.com
DERICK E. KONZ, SB No. 286902
  Email: dkonz@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER ANN UPTON, | Case No.: 2:19-CV-01972-JAM-DB |
| Plaintiff, | **STIPULATION FOR SETTING OF SETTLEMENT CONFERENCE AND ORDER** |
| vs. | |
| COUNTY OF EL DORADO, et al. | |
| Defendants. | |

Pursuant to E.D. Cal. L.R. 270, the parties stipulate to and request referral to Honorable Magistrate Judge Kendall J. Newman for a settlement conference. The parties agree that a settlement conference shall be set on **December 2, 2022**, before the Honorable Magistrate Judge Kendall J. Newman. The parties have reserved the agreed-upon date with Magistrate Judge Newman's Courtroom Deputy. Plaintiff requests that the settlement conference be held in person.

IT IS SO STIPULATED.

Dated: October 12, 2022                   ANGELO, KILDAY & KILDUFF, LLP

                                          */s/ Derick Konz*
                                          By:_____
                                          DERICK KONZ
                                          Attorneys for Defendants

Dated: October 12, 2022

                                          */s/ Kevin W. Harris*
                                              (authorized on 10/11/22)
                                          By:_____
                                          KEVIN W. HARRIS
                                          Attorneys for Plaintiff

## ORDER

The parties' stipulation is GRANTED.

A settlement conference shall be set on December 2, 2022, at 9:00 a.m., before the Honorable Magistrate Judge Kendall J. Newman.

IT IS SO ORDERED.

Dated: October 12, 2022          /s/ John A. Mendez
                                 THE HONORABLE JOHN A. MENDEZ
                                 SENIOR UNITED STATES DISTRICT JUDGE