BRUCE A. KILDAY, ESQ., SB No. 066415
  Email: bkilday@akk-law.com
DERICK E. KONZ, SB No. 286902
  Email: dkonz@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone: (916) 564-6100
Telecopier: (916) 564-6263

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| JENNIFER ANN UPTON, | Case No.: 2:19-CV-01972-JAM-DB |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER** |
| vs. | |
| COUNTY OF EL DORADO, et al. | |
| Defendants. | |

The parties hereby stipulate to modify the scheduling order in light of the December 2, 2022 settlement conference, as follows:

|  | Current Deadline | Proposed New Deadline |
|---|---|---|
| Plaintiff's Opposition to MSJ | November 3, 2022 | January 31, 2023 |
| Defendants' Reply to Opposition | November 13, 2022 | February 10, 2023 |
| Dispositive Motion Hearing | December 6, 2023 | March 14, 2023 |
| Joint Pretrial Statement | January 20, 2023 | April 28, 2023 |
| Final Pretrial Conference | January 27, 2023 | May 5, 2023 at 10:00 a.m. |
| Trial | March 14, 2023 | June 12, 2023 at 9:00 a.m. |

-1-
STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER

IT IS SO STIPULATED.

Dated: October 14, 2022                          ANGELO, KILDAY & KILDUFF, LLP

                                       */s/ Derick Konz*
                                       By:_____
                                           DERICK KONZ
                                           Attorneys for Defendants

Dated: October 14, 2022

                                       */s/ Kevin W. Harris*
                                       (authorized on 10/13/22)
                                       By:_____
                                           KEVIN W. HARRIS
                                           Attorneys for Plaintiff

## ORDER

The parties' stipulation is GRANTED.

The Court hereby modifies the scheduling order as follows:

|  | Current Deadline | New Deadline |
|---|---|---|
| Plaintiff's Opposition to MSJ | November 3, 2022 | **January 31, 2023** |
| Defendants' Reply to Opposition | November 13, 2022 | **February 10, 2023** |
| Dispositive Motion Hearing | December 6, 2023 | **March 14, 2023 at 1:30 p.m.** |
| Joint Pretrial Statement | January 20, 2023 | **April 28, 2023** |
| Final Pretrial Conference | January 27, 2023 | **May 5, 2023 at 10:00 a.m.** |
| Trial | March 14, 2023 | **June 12, 2023 at 9:00 a.m.** |

IT IS SO ORDERED.

Dated: October 14, 2022                 /s/ John A. Mendez
                                        THE HONORABLE JOHN A. MENDEZ
                                        SENIOR UNITED STATES DISTRICT JUDGE