DERICK E. KONZ, SB No. 286902
 Email: dkonz@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263
Attorneys for Defendant COUNTY OF EL DORADO


**Kevin W. Harris SBN 133084**
Attorney at Law
2 1387 Garden Hwy., Ste. 200
Sacramento, CA 95833
3 Tel.: (916)271-0688
Fax: (855) 800-4454
Attorneys for Plaintiff JENNIFER ANN UPTON

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER ANN UPTON,<br><br>          Plaintiff,<br><br>     vs.<br><br>COUNTY OF EL DORADO, et al.<br><br>          Defendants. | Case No.: 2:19-CV-01972-JAM-DB<br><br>**STIPULATION FOR DISMISSAL OF ALL REMAINING CLAIMS; ORDER** |

Plaintiff JENNIFER ANN UPTON and the only remaining defendant, COUNTY OF EL DORADO, hereby stipulate to the dismissal with prejudice of all remaining claims, with each party to bear their own attorneys' fees and costs.

SO STIPULATED.


///

1  Dated:  February 1, 2023

2                                                                    */s/ Kevin W. Harris*
                                                              (authorized on February 1, 2023)
3                                                        By:_____
                                                              KEVIN W. HARRIS
4                                                              Attorney for Plaintiff

5

6
7  Dated:  February 1, 2023                     ANGELO, KILDAY & KILDUFF, LLP

8                                                                    */s/ Derick E. Konz*
9                                                        By:_____
                                                              DERICK E. KONZ
10                                                            Attorneys for Defendant COUNTY OF
                                                              EL DORADO
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

Pursuant to stipulation of the parties, and for good cause, all claims are hereby dismissed with prejudice, with each party to bear their own attorneys' fees and costs.  This case is closed.

**IT IS SO ORDERED.**

Dated:  February 1, 2023            /s/ John A. Mendez
                                                    THE HONORABLE JOHN A. MENDEZ
                                                    SENIOR UNITED STATES DISTRICT JUDGE